| | | |
|---|---|---|
| People v Mitchell | App Div, 2d Dept: 2016 NY Slip Op 79479(U) (Suffolk) | dismissed 10/27/16 (Pigott, J.) |
| People v Mohamed | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 14 (Kings) | denied 10/12/16 (Rivera, J.) |
| People v Monroe | 1st Dept: 141 AD3d 421 (Bronx) | denied 10/20/16 (Stein, J.) |
| People v Nadal | App Div, 2d Dept: 2016 NY Slip Op 80390(U) (Westchester) | dismissed 10/24/16 (Fahey, J.) |
| People v Ortiz | App Div, 1st Dept: 2016 NY Slip Op 76034(U) (NY) | dismissed 10/27/16 (Pigott, J.) |
| People v Oviedo | 2d Dept: 139 AD3d 1091 (Westchester) | denied 10/24/16 (Fahey, J.) |
| People v Palladino | 2d Dept: 140 AD3d 1194 (Suffolk) | denied 10/4/16 (Pigott, J.) |
| People v Parker | 4th Dept: 133 AD3d 1300 (Monroe) | denied reconsideration 10/27/16 (Abdus-Salaam, J.) |
| People v Pasternak | 2d Dept: 141 AD3d 544 (Kings) | denied 10/11/16 (Garcia, J.) |
| People v Patterson | App Div, 2d Dept: 2016 NY Slip Op 74300(U) (Suffolk) | dismissed 10/11/16 (Stein, J.) |
| People v Perez | 2d Dept: 140 AD3d 799 (Westchester) | denied 10/12/16 (Rivera, J.) |
| People v Pleasant | App Div, 1st Dept: 2016 NY Slip Op 78033(U) (NY) | dismissed 10/24/16 (DiFiore, Ch. J.) |
| People v Policastro | 2d Dept: 142 AD3d 679 (Kings) | denied 10/24/16 (Fahey, J.) |
| People v Porter | 2d Dept: 138 AD3d 1148 (Queens) | denied 10/12/16 (Rivera, J.) |
| People v Reed | 1st Dept: 137 AD3d 438 (NY) | denied reconsideration 10/11/16 (Pigott, J.) |
| People v Ressy (Alex) | 3d Dept: 141 AD3d 839 (Montgomery) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Ressy (Pedro) | 3d Dept: 141 AD3d 839 (Montgomery) | denied 10/27/16 (Abdus-Salaam, J.) |
| People v Riley-Khan | County Ct, 7/15/16 (Ontario) | denied 10/19/16 (Stein, J.) |
| People v Rinker | 4th Dept: 141 AD3d 1177 (Allegany) | denied 10/12/16 (Rivera, J.) |
| People v Rivera | 2d Dept: 142 AD3d 629 (Suffolk) | denied 10/11/16 (Stein, J.) |